UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAVID J. HARRIS, | ) | No. CV 07-6369 ODW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES WALKER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 22, 2011

_____
OTIS D. WRIGHT
United States District Judge